UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| BRUCE JENSEN, | ) | CIV. 11-4099-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT OF DISMISSAL |
| | ) | WITH PREJUDICE |
| FARMERS INSURANCE EXCHANGE, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Joint Motion to Dismiss with Prejudice and with good cause therefore showing, it is

ORDERED, ADJUDGED, AND DECREED, that plaintiff's complaint, dated July 14, 2011, and this action be dismissed upon the merits with prejudice, without taxation of costs or disbursements, and with each party to bear their own attorney's fees.

Dated December 6, 2011.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE